## NATIONAL LABOR RELATIONS BOARD, Petitioner–Cross–Respondent,

v.

## RICHMOND HEALTH CARE, d.b.a. Sunrise Health and Rehabilitation Center, Respondent–Cross–Petitioner.

### No. 08–10664.

United States Court of Appeals, Eleventh Circuit.

Nov. 18, 2008.

Usha Dheenan, Linda Dreeben, Washington, DC, for Petitioner–Cross–Respondent.

Timothy N. Tack, Michael R. Miller, Kunkel Miller & Hament, Tampa, FL, for Respondent–Cross–Petitioner.

Before HULL, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

After review and oral argument, we grant the National Labor Relations Board's application for enforcement of its December 31, 2007 order and deny Richmond Health Care's cross-petition for review of the National Labor Relations Board's order.

**ORDER ENFORCED, and CROSS–PETITION FOR REVIEW DENIED.**